UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lewis Harold Ambrose**　　　　　　　　　　　　　　　**Docket No. 4:09-CR-108-1H**

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lewis Harold Ambrose, who, upon an earlier plea of guilty to Distribution of Fifty Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 13, 2010, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 23, 2019, pursuant to a motion under 18 U.S.C. § 3582(c)(1)(B), the defendant's sentence of imprisonment was reduced to 130 months and the term of supervised release was reduced to 4 years.

Lewis Harold Ambrose was released from custody on August 1, 2019, at which time the term of supervised release commenced.

On October 21, 2019, a Violation Report was submitted advising the court that on October 8, 2019, Ambrose submitted to urinalysis that tested positive for marijuana. The court agreed to allow the defendant to continue under supervision, and he was referred for substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 5, 2020, the defendant submitted to urinalysis that tested positive for marijuana use. Ambrose admitted to using marijuana and agreed to comply with a sanction. It is respectfully recommended that the defendant complete 10 hours of community service. He will also increase his level of treatment and continue compliance with the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Lewis Harold Ambrose
Docket No. 4:09-CR-108-1H
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: (910) 346-5103<br>Executed On: May 6, 2020 |

## ORDER OF THE COURT

Considered and ordered this __6th__ day of __May__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge